JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FILEMON RODRIGUEZ; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:23-cv-05200-RGK (Ex)<br><br>**Order and Judgment Re: Default Judgment [23]**<br><br>Honorable Judge R. Gary Klausner |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff GURI GONZALEZ shall have JUDGMENT in his favor in the amount of $3,362.00 as fees-and-costs award against Defendant FILEMON RODRIGUEZ.

　　　　Additionally, Defendant FILEMON RODRIGUEZ is ordered to provide an accessible parking space at the property located at or about 1651 Sawtelle Blvd., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 1/8/2024

　　　　　　　　　　　　　　　　　　　　／s／ R. Gary Klausner
　　　　　　　　　　　　　　　　　　　　R. Gary Klausner
　　　　　　　　　　　　　　　　　　　　United States District Judge